### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON  DIVISION


**UNITED STATES OF AMERICA,** *ex rel.*
**TED H. JEFFERSON,** *D.O.,*

        **Plaintiffs,**

**V.**                                                                        **CIVIL ACTION NO.   2:25-cv-00013**


**LOGAN GENERAL HOSPITAL, LLC, et al.,**

        **Defendants.**


### RELATOR'S MOTION FOR VOLUNTARY DISMISSAL

Relator Ted H. Jefferson, D.O., by counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), respectfully moves this Court for an Order voluntarily dismissing the above-captioned action without prejudice.

In support of this motion, Relator states as follows:

1.      Relator filed this action under seal pursuant to the False Claims Act, 31 U.S.C. §§ 3729–3733.

2.      The United States has notified the Court that it has elected not to intervene in this matter. (Doc. No. 11).

3.      Relator does not wish to pursue this matter in his capacity as qui tam plaintiff.

4.      No answer or motion for summary judgment has been filed by any Defendant, and dismissal will not prejudice any party.

5.      Good cause exists for the requested dismissal, and such dismissal serves the interests of justice.

WHEREFORE, Relator respectfully requests that the Court enter an Order dismissing this action without prejudice as to the United States and Relator.

**Plaintiff,**

**TED H. JEFFERSON,** *D.O*

**By counsel:**

 */s/C. Edward Amos, II*
Scott S. Segal (WV Bar I.D. #4717)
C. Edward Amos, II (WV Bar I.D. #12362)
**Segal & Amos, PLLC**
810 Kanawha Boulevard, East
Charleston, West Virginia 25301
Telephone: (304) 344-9100
Facsimile: (304) 344-9105
scott.segal@segal-law.com
edward.amos@segal-law.com

2

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**
**ex rel. TED H. JEFFERSON, D.O.,**

    **Plaintiff,**

**v.**                                                                    **Case No. 2:25-cv-00013**
                                               **Judge Irene C. Berger**

**LOGAN GENERAL HOSPITAL, LLC**
**d/b/a LOGAN REGIONAL MEDICAL CENTER,**
**LIFEPOINT HEALTH, INC., REGIONAL CARE**
**HOSPITAL PARTNERS HOLDINGS, INC., d/b/a**
**RCCH HEALTHCARE PARTNERS, KNIGHT**
**HEALTH HOLDINGS, LLC, KNIGHT HEALTH**
**CARE NEW-B, LLC, SCIONHEALTH, INC.,**
**APOLLO ASSET MANAGEMENT, INC., f/k/a**
**APOLLO GLOBAL MANAGEMENT, LLC, and**
**APOLLO GLOBAL MANAGEMENT, INC.,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I caused a true and correct copy of the foregoing to be served via CM/ECF upon the following counsel of record, pursuant to 31 U.S.C. § 3730(b)(2), upon:

> Matthew C. Lindsay, Esq.
> Assistant United States Attorney
> United States Attorney's Office
> 300 Virginia Street, East, Room 4000
> Charleston, WV 25301

                                    */s/C. Edward Amos, II*
                                    C. Edward Amos, II (WV Bar I.D. #12362)